JOAO 91 (Rev.11/11) Criminal Complaint

# United States District Court
## for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 2:17-MJ-00508-JTR |
| TWILLA MARIE ST. PIERRE | ) ) ) ) |

*FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON*
*DEC - 1 2017*
*SEAN F. McAVOY, CLERK*
*SPOKANE, WASHINGTON    DEPUTY*

## CRIMINAL COMPLAINT

I, Carson Taylor, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the 20th day of November, 2017, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 751(a), 4082(a) | Escape |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature
Deputy USMS Carson Taylor

_____
Printed name and title

Sworn to before me and signed in my presence.

Date:   December 1, 2017

City and state:   Spokane, Washington

_____
Judge's signature
John T. Rodgers, United States Magistrate Judge

_____
Printed name and title